**1505  RANSOM vs. SAWYER** (Assessor School Dist.), No. 12908.

To compel payment of an order issued for relator's service as teacher.

Order granted in the alternative June 28, 1892.

**1506  ALLEN vs. FRINK** (Assessor School Dist.), 32 M., 96.

To compel payment of warrant drawn in favor of a teacher.

Denied April 30, 1895.

Held, that a want of funds was a sufficient answer.

**1507  TRACY** (Moderator) **vs. RICE** (Director), No. 12011.

To compel respondent to sign an order drawn to pay one month's salary to a teacher.

Granted in the alternative May 12, 1891.

**1508  MARTIN vs. TRIPP** (Assessor School Dist.), 51 M., 184.

To compel payment of orders for teachers' salary issued by proper school officers.

Granted June 20, 1883.

Held, that the answer set up no valid defense, and inasmuch as the order was such a settled demand as would sustain a recovery therefor at law, interest was allowed on the same.

**1509  PHILLIPS vs. SCHOOL DISTRICT** (N. Buffalo), 79 M., 170.
(Error to Berrien.)

Plaintiff brought assumpsit upon a school district order.

Held, that mandamus is the proper remedy.